**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CAUSE NO.: 2:07-CR-148-RL |
| | ) | |
| JOSE JIMENEZ, | ) | |
| Defendant. | ) | |

**FINDINGS AND RECOMMENDATION OF THE MAGISTRATE JUDGE**
**UPON A PLEA OF GUILTY BY DEFENDANT JOSE JIMENEZ**

TO:   THE HONORABLE RUDY LOZANO,  JUDGE,
        UNITED STATES DISTRICT COURT

Upon Defendant Jose Jimenez's request to enter a plea of guilty pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter came for hearing before Magistrate Judge Paul R. Cherry, on December 3, 2007, with the consent of Defendant Jose Jimenez, counsel for Defendant Jose Jimenez, and counsel for the United States of America.

The hearing on Defendant Jose Jimenez's plea of guilty was in full compliance with Rule 11, Federal Rules of Criminal Procedure, before the Magistrate Judge in open court and on the record.

In consideration of that hearing and the statements made by Defendant Jose Jimenez under oath on the record and in the presence of counsel, the remarks of the Assistant United States Attorney and of counsel for Defendant Jose Jimenez,

I FIND as follows:

(1) that Defendant Jose Jimenez understands the nature of the charge against him to which the plea is offered;

(2) that Defendant Jose Jimenez understands his right to trial by jury, to persist in his plea of not guilty, to the assistance of counsel at trial, to confront and cross-examine adverse witnesses,

and his right against compelled self-incrimination;

(3) that Defendant Jose Jimenez understands what the maximum possible sentence is, including the effect of the supervised release term, and Defendant Jose Jimenez understands that the sentencing guidelines apply and that the Court may depart from those guidelines under some circumstances;

(4) that the plea of guilty by Defendant Jose Jimenez has been knowingly and voluntarily made and is not the result of force or threats or of promises;

(5) that Defendant Jose Jimenez is competent to plead guilty;

(6) that Defendant Jose Jimenez understands that his answers may later be used against him in a prosecution for perjury or false statement;

(7) that there is a factual basis for Defendant Jose Jimenez's plea; and further,

I RECOMMEND that the Court accept Jose Jimenez's plea of guilty to the offense charged in Count 1 of the Indictment and that Defendant Jose Jimenez be adjudged guilty of the offense charged in Count 1 of the Indictment and have sentence imposed.  A Presentence Report has been ordered.  Should this Report and Recommendation be accepted and Defendant Jose Jimenez be adjudged guilty, sentencing has been scheduled for **February 20, 2008, at 12:30 p.m.** in the Hammond Division, before Judge Rudy Lozano.  Defendant Jose Jimenez is **ORDERED** to be present in person at sentencing.  Objections to the Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B).

So ORDERED this 3rd day of December, 2007.

s/ Paul R. Cherry  
MAGISTRATE JUDGE PAUL R. CHERRY  
UNITED STATES DISTRICT COURT

cc:     All counsel of record  
        Honorable Rudy Lozano