```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                          HAMMOND DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  2:07-CR-148 |
| | ) | |
| JOSE JIMENEZ | ) | |

### ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Jose Jimenez (D.E. # 20) filed on December 3, 2007. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** Defendant Jose Jimenez's plea of guilty, and **FINDS** the Defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. §§ 922(g)(1) and 924(d).

SO ORDERED.

**DATED: December 28, 2007**          /s/ RUDY LOZANO, Judge
                                      **United States District Court**